This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



**Dated: March 31, 2020**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE:                                    ) | BANKRUPTCY CASE NO.  17-57774 |
|     Kevin Joe Marcum        ) | |
|     Judy Kay Marcum         ) | |
|                            ) | CHAPTER 13 |
|     DEBTORS                ) | |
|                            ) | JUDGE Jeffery P Hopkins |

**ORDER GRANTING MOTION TO SUSPEND PLAN PAYMENTS (Doc # 34)**

This cause came on for the consideration of the Court upon the Motion to Suspend plan payments filed by the Debtors, Docket #34. After consideration of the Pleadings, and by virtue of the fact that no party objected to said modification, the debtor's Motion to Modify Confirmed Plan is hereby granted.

It is therefore **ORDERED** that the confirmed plan of the Debtors be modified subject to the following terms:

To suspend plan payments from March 1, 2020 to May 31, 2020. Regular Plan payments of $900.00 a month will resume June 1, 2020.

IT IS SO ORDERED:

SUBMITTED By:

/s/ Karen E. Hamilton, 0064808
Karen E. Hamilton
2025 S High St Suite 1
Columbus, Ohio 43207
(614)   443-7920
(614)   443-7922 Fax karen@karenhamiltonlaw.net

Served On:

Default List