**Fill in this information to identify the case:**

Debtor 1  Kevin Joe Marcum

Debtor 2  Judy Kay Marcum
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN    District of OHIO
(State)

Case number  2:17-bk-57774

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| Name of creditor: | U.S. Bank National Association, Not In Its Individual Capacity But Solely As Trustee For The CIM Trust 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1 | Court claim no. (if known) | 4 |
|---|---|---|---|
| **Last four digits** of any number you use to identify the debtors' account: | XXXXXX3851 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | 3/12/2020, 6/25/2020 | (8) | $ 299.84 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Kevin Joe Marcum | Case number (*if known*) | 2:17-bk-57774 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/A. Michelle  Hart Ippoliti                           Date  8/21/2020
   Signature

Print:  A. Michelle                    Hart Ippoliti            Title  Authorized Agent
        First Name   Middle Name       Last Name

Company  McCalla Raymer Leibert Pierce, LLC

Address  1544 Old Alabama Road
         Number    Street
         Roswell              GA              30076
         City                 State           ZIP Code

Contact phone  678-281-6537             Email  Michelle.HartIppoliti@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO

**In re:**                                )
                                          )   **Case No.** 2:17-bk-57774
Kevin Joe Marcum                          )   **Chapter** 13
Judy Kay Marcum                           )
                                          )   **JUDGE:** Jeffery P. Hopkins
                                          )

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Tax Advances (non-Escrow) | | | $149.92 |
| 03/12/2020 | County Taxes Advanced | $149.92 | |
| Tax Advances (non-Escrow) | | | $149.92 |
| 06/25/2020 | County Taxes Advanced | $149.92 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                    **$299.84**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 2:17-bk-57774 |
| Kevin Joe Marcum | Chapter: 13 |
| Judy Kay Marcum | Judge: Jeffery P. Hopkins |

## CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kevin Joe Marcum
11760 State Route 160
Vinton, OH 45686

Judy Kay Marcum
11760 State Route 160
Vinton, OH 45686

Karen E Hamilton          *(served via ECF Notification)*
2025 South High Street
Columbus, OH 43207

Interim Faye English   *(served via ECF Notification)*
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085

Asst US Trustee (Col)   *(served via ECF Notification)*
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  8/21/2020   By:  */s/A. Michelle Hart Ippoliti*
       (date)              A. Michelle Hart Ippoliti
                                 Authorized Agent for U.S. Bank National Association,
                                 Not In Its Individual Capacity But Solely As Trustee
                                 For The CIM Trust 2018-NR1 Mortgage-Backed
                                 Notes, Series 2018-NR1